UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL MORRIS,

    Plaintiff,

v.

COMCAST OF MARIN,

    Defendant.

_____/

No. C 11-03712 PJH

**ORDER VACATING HEARING DATE AND CASE MANAGEMENT CONFERENCE; SETTING MOTION HEARING**

The hearing on defendant's motion to dismiss set for September 21, 2011 is hereby VACATED for failure to file a proof of service indicating that plaintiff was served with notice of the motion.

Defendant has filed an amended notice of motion. Doc. no. 7. Although defendant has not filed a stipulated request or motion for an order changing time pursuant to Civil Local Rule 6-2 or 6-3, in the interests of judicial economy and efficiency, the court sets the following briefing deadlines on the motion to dismiss: plaintiff's opposition to the motion to dismiss shall be filed by October 5, 2011; defendant shall file a reply by October 12, 2011. The hearing on the motion to dismiss will be held on **November 9, 2011 at 9:00 a.m.** in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California.

Further, the case management conference currently set for November 3, 2011, is VACATED and will be reset by the court after ruling on the pending motion to dismiss.

**IT IS SO ORDERED.**

Dated: September 19, 2011

                                                    _____
PHYLLIS J. HAMILTON
United States District Judge