**United States District Court**
For the Northern District of California

1
2
3                    UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5
6
7
PAUL MORRIS,
8
              Plaintiff,                    No. C 11-3712 PJH
9
       v.                                   **ORDER OF DISMISSAL**
10
COMCAST OF MARIN and LIBERTY
11   MUTUAL,
12            Defendants.
_____/
13

14        On November 9, 2011, this court dismissed without prejudice plaintiff's complaint.

15   Plaintiff was advised to file an amended complaint alleging violation of his rights pursuant to

16   ERISA no later than March 6, 2012, after having first exhausted administrative remedies by

17   February 7, 2012.  Nearly two months have passed since the deadline for filing an

18   amended complaint and no such complaint has been filed.

19        The court has considered the five factors set forth in Malone v. United States Postal

20   Serv., 833 F.2d 128, 130 (9th Cir. 1987), and has determined that notwithstanding the

21   public policy favoring the disposition of actions on their merits, the court's need to manage

22   its docket and the public interest in the expeditious resolution of the instant litigation require

23   dismissal of this action.  In view of plaintiff's lack of response to this court's prior order, the

24   court finds there is no appropriate less drastic sanction.

25        Accordingly, this action is DISMISSED with prejudice pursuant to Fed. R. Civ. Pro.

26
27
28

41(b) for plaintiff's failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 27, 2012

_____

PHYLLIS J. HAMILTON
United States District Judge

United States District Court

For the Northern District of California