UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL MORRIS,

    Plaintiff,

    v.

COMCAST OF MARIN and LIBERTY MUTUAL,

    Defendants.
_____/

No. C 11-3712 PJH

**JUDGMENT**

The court having dismissed this case,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed.

IT IS SO ORDERED.

Dated: April 27, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge